MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-6982
Email: aaron.wegner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00756 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO SET ARRAIGNMENT ON |
| v. ) | OCTOBER 31, 2012 |
| ) | |
| JOSHUA ROSENTHAL and ) | |
| JEFFREY WELLER, ) | |
| ) | |
| Defendants. ) | |

A felony information was filed in the above-captioned matter on October 19, 2012. The parties jointly that this matter be set on October 31, 2012 at 9:30 a.m. for an arraignment before Magistrate Judge Kandis A. Westmore. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment on October 31, 2012 at 9:30 a.m. before Magistrate Judge Kandis A. Westmore.

DATED: October 24, 2012

_____/s/_____
AARON D. WEGNER
Assistant United States Attorney
Counsel for United States

STIP. REQ. TO SET ARRAIGNMENT ON OCTOBER 31, 2012
No. CR-12-00756 SBA

| | |
|---|---|
| 1 | |
| 2 | _____/s/_____<br>TED CASSMAN<br>Counsel for defendant Joshua Rosenthal |
| 3 | |
| 4 | _____/s/_____<br>MICHAEL STEPANIAN<br>Counsel for defendant Jeffrey Weller |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: 10/25/12 |
| 9 | *Kandis Westmore* (signature)<br>HON. KANDIS A. WESTMORE<br>United States Magistrate Judge |

STIP. REQ. TO SET ARRAIGNMENT ON OCTOBER 31, 2012
No. CR-12-00756 SBA