UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA ROSENTHAL and<br>JEFFREY WELLER,<br><br>    Defendants. | No. CR-12-00756 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 31, 2013 |

The parties jointly requested that this matter be set for change of plea and sentencing on January 31, 2013 at 10:00 a.m. The defendants have agreed that the Court may review the pre-plea Presentence Investigation Reports even though they have not yet pleaded guilty.

**IT IS HEREBY ORDERED** that this matter as to defendants Joshua Rosenthal and Jeffrey Weller is set for change of plea and sentencing on January 31, 2013 at 10:00 a.m.

Time under the Speedy Trial Act is tolled from October 25, 2012 to January 31, 2013 under 18 U.S.C. § 3161(h)(1)(G) based on the Court's consideration of the proposed plea agreements.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare Presentence Investigation Reports for both defendants.

DATED:_10/25/12_____         _____
                                    HON. SAUNDRA BROWN ARMSTRONG
                                    United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 31, 2013
No. CR-12-00756 SBA