UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00756 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 23, 2013 |
| v. | ) ) | |
| JOSHUA ROSENTHAL and JEFFREY WELLER, | ) ) ) | |
| Defendants. | ) ) | |

The parties have jointly requested that this matter be set for change of plea in front of Magistrate Judge Kandis Westmore on January 23, 2013 at 9:30 a.m.  It is so **ORDERED**.

DATED:_1/10/13                              _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
                                                            United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 23, 2013
No. CR-12-00756 SBA