```
1  TED W. CASSMAN (SBN 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 845-3000

4  Attorneys for Defendant
   Joshua Rosenthal
```

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00756 SBA |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING FOR DEFENDANT JOSHUA ROSENTHAL |
| vs. | |
| Joshua Rosenthal, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record, with the concurrence of the Probation department, that the sentencing hearing in the above-referenced matter should be continued from May 7, 2013, 2013 to May 17, 2013 at 10:00 a.m.  The continuance is necessary to accommodate the schedules of counsel and the Court.

//

//

1

1 | Dated: March 26, 2013

3 |               /s/
4 | TED W. CASSMAN,
   Arguedas, Cassman & Headley, LLP

5 | Dated: March 26, 2013

7 |               /s/
   AARON WEGNER,
8 |    Asst. U.S. Attorney

10 |               ORDER

11 | Based upon the parties' stipulation and for good cause shown, it is so ordered.

12 | Dated: March 26, 2013

15 | *Saundra B Armstrong*
   SAUNDRA B. ARMSTRONG
16 | United States District Court Judge

2